```
 1  RIMAC MARTIN, P.C.
    ANNA M. MARTIN - State Bar No. 154279
 2  WILLIAM REILLY - State Bar No. 177550
    1051 Divisadero Street
 3  San Francisco, California 94115
    Telephone (415) 561-8440
 4
    Attorneys for Defendants
 5  Abram Interstate Insurance Services, Inc. and R J Kiln
    & Co., Ltd., on behalf of those Certain Underwriters at
 6  Lloyd's London subscribing to Binding Authority No. B0875A7E022001

 7  GORDON REES, LLP
    KATHLEEN RHOADS - State Bar No. 144466
 8  GEORGE A. ACERO - State Bar No. 226709
    655 University Avenue, Suite 200
 9  Sacramento, CA 95825
    Telephone: (916) 565-2900
10
    Attorneys for Defendant
11  LORDS' INSURANCE AGENCY, INC.

12  LAW OFFICE OF JAMES A. KAESTNER
    JAMES A. KAESTNER - State Bar No. 1443179
13  P.O. Box 508
    South San Francisco, CA 94083-0508
14  Telephone: (650) 952-6002

15
    Attorneys for Plaintiff
16  JOHN PATRICK McDERMOTT, JR.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK McDERMOTT, JR., <br><br>  Plaintiff, <br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON; KILN SYNDICATE NO. 510; S.D. MATHERS AND OTHERS SYNDICATE NO. 807; et al.. <br><br>  Defendants. | CASE NO. CV10 1286 JSW <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

-1-

STIPULATION OF DISMISSAL                                   CASE NO. CV 10 -1286 JSW

1  IT IS HEREBY STIPULATED by and between the plaintiff JOHN PATRICK
2  McDERMOTT, JR. and defendants CERTAIN UNDERWRITERS AT LLOYD'S LONDON;
3  KILN SYNDICATE NO. 510; S.D. MATHERS AND OTHERS SYNDICATE NO. 807;
4  HISCOX SYNDICATE NO. 33; BRIT SYNDICATE NO. 2987; ARGENTA SYNDICATE
5  MANAGEMENT LIMITED NO. 2121; LIBERTY SYNDICATE MANAGEMENT LIMITED
6  NO. 4472; AEGIS ENERGY SYNDICATE NO. 1225; S.J.O CATLIN AND OTHERS
7  SYNDICATE NO. 2003; ABRAM INTERSTATE INSURANCE SERVICES, INC.; and
8  LORDS' INSURANCE AGENCY, INC., through their respective counsel of record, that the
9  captioned action, including the counter-claim, may be, and hereby is, dismissed with prejudice
10 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties shall bear their own
11 respective costs of suit.
12      SO STIPULATED.
13                                      RIMAC MARTIN, P.C.
14 DATED: June 17, 2010           By:   /s/ WILLIAM REILLY
                                        WILLIAM REILLY
15                                      Attorneys for Defendants
                                        Abram Interstate Insurance Services, Inc. and
16                                      R J Kiln & Co., Ltd., on behalf of those Certain
                                        Underwriters at Lloyd's London subscribing to
17                                      Binding Authority No. B0875A7E022001
18                                      LAW OFFICE OF JAMES A. KAESTNER
19 DATED: June 17, 2010           By:   /s/ JAMES A. KAESTNER
                                        JAMES A. KAESTNER
20                                      Attorneys for Plaintiff
                                        JOHN PATRICK MCDERMOTT, JR.
21
22                                      GORDON REES, LLP
23 DATED: June 17, 2010           By:   /s/ GEORGE A. ACERO
                                        GEORGE A. ACERO
24                                      Attorneys for Defendant
                                        LORDS' INSURANCE AGENCY, INC.
25                                      **ORDER**
26      IT IS SO ORDERED.
27
28 DATED: June 18, 2010                 _____
                                        JEFFREY S. WHITE
                                        Federal Judge, U.S. District Court

STIPULATION OF DISMISSAL                                CASE NO. CV 10-1286 JSW